DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REUBEN DAVID FERNANDEZ,**
Appellant,

v.

**OFFICE OF FINANCIAL REGULATION,**
Appellee.

No. 4D13-4087

[March 18, 2015]

Appeal from the State of Florida, Office of Financial Regulation; L.T. Case No. 1756-FR-04/13.

Arthur B. Calvin of Arthur B. Calvin, PA, Miami, for appellant.

Colin M. Roopnarine, Pury Lopez Santiago, and Miriam S. Wilkinson, Tallahassee, for appellee.

PER CURIAM.

Appellant Reuben David Fernandez appeals the final order denying his application for a mortgage loan originator license. Appellant's appeal was untimely filed, as the final order was rendered on August 14, 2013 and his notice of appeal was not filed until October 24, 2013. Fla. R. App. P. 9.110(c), 9.190(b)(1). Appellant alleges he did not receive the final order until September 27, 2013, after the time to take an appeal had already expired, and that he thus filed the notice of appeal within thirty days of service of the final order.

We reject Appellant's contention that subject matter jurisdiction with this court may be conferred even if Appellee stipulates that the final order was not received by Appellant until September 27. *See Int'l Studio Apartment Ass'n v. Sun Holiday Resorts, Inc.*, 375 So. 2d 335, 336 (Fla. 4th DCA 1979) (recognizing that jurisdiction cannot be conferred even by consent of the parties when a notice of appeal is untimely filed). Therefore, we dismiss the instant appeal for lack of jurisdiction without prejudice to Appellant's right to petition the agency to vacate and re-enter the final order upon the proper determination, after an evidentiary hearing, that

Appellant did not receive a copy, nor had notice, of the final order before the time to appeal expired.  *See Adams v. Fla. Unemployment Appeals Comm'n*, 16 So. 3d 272, 272-73 (Fla. 1st DCA 2009); *W.T. Holding, Inc. v. State Agency for Health Care Admin.*, 682 So. 2d 1224, 1225-26 (Fla. 4th DCA 1996).

*Dismissed.*

GERBER, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***

2